**Order entered September 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00259-CV

## IN THE INTEREST OF A.R.R., A CHILD

### On Appeal from the 303rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-11946

## ORDER

Before the Court is appellant's September 6, 2016 motion to compel for a complete court reporter's record. In the motion, appellant notes he received the reporter's record from the February 11, 2016 trial and April 27, 2015 motion hearing, but states he needs the entire record and asks the Court to order the court reporter to file a reporter's record that includes all hearings held beginning with the first hearing held December 2, 2014 through the final hearing on April 5, 2016. In addition to the proceedings held on April 27, 2015 and February 11, 2016 for which records have been filed, appellant asserts that hearings were also held on the following days and requests a reporter's record for each hearing:

- December 2, 2014, Temporary Orders Hearing

- January 28, 2015, Bench Trial

- July 16, 2015, Bench Trial

- September 21, 2015, Pretrial

- November 19, 2015, Temporary Orders Haring

- November 24, 2015, Motion Hearing

- December 8, 2015. Temporary Orders Hearing

- January 19, 2016, Temporary Orders Hearing

- April 5, 2016, Motion Hearing

On July 27, 2016 and September 9, 2016, the Court ordered court reporter Donna Kindle to file all reporter's records of all hearings held in this case and to provide the Court with written verification that no reporter's record was made for any other hearings held. Ms. Kindle filed records for the April 27, 2015 hearing and the February 11, 2016 bench trial and has now provided the Court with written verification that no record was made of the other hearings listed above. The complete reporter's record has, therefore, been filed and appellant has received a copy of the complete record.

Accordingly, we **DENY** relator's September 6, 2016 motion to compel complete reporter's record.

/s/    CRAIG STODDART
        JUSTICE